AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

_____  )
Plaintiff                )
v.                       )  Case No. 14 mag 283
Calvin Darden            )
Defendant                )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Calvin Darden

Date: 2/13/14

Attorney's signature

Xavier R. Donaldson XRD2485
Printed name and bar number

1825 Park Ave 1102
Address

XDONALDSON@AOL.com
E-mail address

212 722-4900
Telephone number

212 722-4946
FAX number