```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

        - v. -                   :

CALVIN R. DARDEN, JR.,           :

        Defendant.               :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 19
DATE FILED: 8/13/14

**INFORMATION**

14 CRIM 534

## COUNT ONE
### (Wire Fraud)

The United States Attorney charges:

1. From at least in or about March 2012, up to and including on or about February 11, 2014, in the Southern District of New York and elsewhere, CALVIN DARDEN, JR., the defendant, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, willfully and knowingly transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, DARDEN knowingly made false representations by email about his ability to arrange a professional basketball exhibition game in order to induce a victim company in Taiwan to wire hundreds of thousands

JUDGE RAKOFF

of dollars to accounts in the United States under DARDEN's control.

(Title 18, United States Code, Section 1343.)

## COUNT TWO
### (Wire Fraud)

The United States Attorney further charges:

2. From at least in or about August 2013, up to and including on or about February 11, 2014, in the Southern District of New York and elsewhere, CALVIN DARDEN, JR., the defendant, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, DARDEN sent numerous emails containing, among other things, forged documents and false statements regarding his father's assets in order to induce victims to wire millions of dollars towards the purchase of a nationally circulated magazine and other media assets.

(Title 18, United States Code, Section 1343.)

## Forfeiture Allegation

3.    As a result of committing the offenses alleged in Counts One and Two of this Information, CALVIN DARDEN, JR., the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any and all property constituting, or derived from, proceeds obtained directly or indirectly as a result of the offense, including but not limited to a sum of United States currency representing the amount of proceeds obtained as a result of the offense.

## Substitute Asset Provision

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  (1)   cannot be located upon the exercise of due diligence;

  (2)   has been transferred or sold to, or deposited with, a third person;

  (3)   has been placed beyond the jurisdiction of the Court;

  (4)   has been substantially diminished in value; or

  (5)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.

§ 853(p) to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981(a)(1)(C); Title 21, United States Code, Section 853(p); and Title 28, United Stats Code, Section 2461(c).)

*Preet Bharara* /NF/
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

CALVIN R. DARDEN, JR.,

Defendant.

---

INDICTMENT

(18 U.S.C. § 1343.)

Preet Bharara
United States Attorney.

\* Filed Waiver of Indictment + Information

8-13-14
WB) Deft pres. with attorney Ms. ~~Donna~~ Brown.
A.U.S.A. Mr. Adams pres. Deft.
Waives indictment and pleads Not guilty to
Counts #1 + #2. Time Excluded
between 8/13/14 and 8/29/14.

Maas.
U.S.M.J.

5