UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :
              -v-                    :        14-cr-534 (JSR)
                                     :
CALVIN R. DARDEN, JR.,               :            ORDER
                                     :
              Defendant.             :
                                     :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

    Upon the application of defense counsel Jennifer Brown and with

the consent of Assistant United States Attorney Andrew Caldwell, the

defendant's bail conditions are modified as follows,

    1. The term of home confinement with electronic monitoring is

       removed

    2. The defendant's travel is limited to the Southern and Eastern

       Districts of New York

    3. All other conditions of bail set on February 13, 2014 remain in

       effect.


    SO ORDERED.

Dated: New York, New York
       August 29, 2014            
                                  _____
                                  JED S. RAKOFF, U.S.D.J.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-29-14