# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*



June 29, 2015

**BY HAND DELIVERY**

Honorable Jed S. Rakoff
United Stats District Judge
Southern District of New York
United States Courthouse
500 Pearl Street - Room 1340
New York NY 10007

Re:   **United States v. Calvin Darden**
      **14 Cr. 0534 (JSR)**

Dear Judge Rakoff:

I write to request a modification of Mr. Darden's bail conditions to permit him to travel to Atlanta, Georgia from July 2, 2015 to July 5, 2015 to visit with family.

I have spoken with Assistant United States Attorney Andrew Adams, who has no objection to this request.

                                Respectfully,

                                Jennifer L. Brown
                                Attorney-In-Charge
                                Tel.: (212) 417-8722

JLB:nn

cc:   Andrew Adams, Esq.
      Assistant United States Attorney

      Ms. Jason Lerman
      United States Pre-Trial Services

So ORDERED

Jed S. Rakoff
U.S.D.J.   6/29/15