# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 16, 2015

**BY ECF**

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street – Room 1340
New York NY 10007

Re:   United States v. Calvin Darden
      14 Cr. 534 (JSR)

Dear Judge Rakoff:

    I write, with the consent of the Government, to request a modification of the conditions of Mr. Darden's bail to allow him to travel to Atlanta, Georgia this weekend to attend a family funeral on Saturday, September 19, 2015.

    To date, Mr. Darden has been in compliance with all of his bail conditions. I have spoken with Assistant United States Attorney Andrew Adams who consents to this modification and Pre-Trial Officer Jason Lerman who has no objection to this request for modification.

Respectfully submitted,

Jennifer L. Brown
Attorney-in-Charge
Tel.: (212) 417-8722

→ SO ORDERED
  [signature]
  USDJ  9-17-15

cc:   Andrew Adams, Esq.
      Assistant United States Attorney

      Mr. Jason Lerman
      Pre-Trial Services Agency

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/18/15]

[Stamp: MEMO ENDORSED]