# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 18, 2016

**BY ECF**

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street - Room 1340
New York NY 10007

Re:   **United States v. Calvin Darden**
      **14 Cr. 534 (JSR)**

Dear Judge Rakoff:

    I write, with the consent of the Government, to request a modification of the conditions of Mr. Darden's bail to allow him to travel to Atlanta, Georgia from April 20 thru April 23.

    To date, Mr. Darden has been in compliance with all of his bail conditions. I have spoken with Assistant United States Attorney Andrew Adams who consents to this modification. Pre-Trial Officer Jessalynn McCormick takes "no position" on this request and will "defer to the Court."

Respectfully submitted,

Jennifer L. Brown
Attorney-in-Charge
Tel.: (212) 417-8722

cc:   Andrew Adams, Esq.
      Assistant United States Attorney

      Mr. Jessalynn McCormick
      Pre-Trial Services Agency

**SO ORDERED:**

_____
U.S.D.J.
4-18-16